UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>                           Plaintiff,<br>      v.<br><br>DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,<br><br>                          Defendants. | No. C11-5080 RJB/KLS<br><br>ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANT |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. On April 11, 2011, Plaintiff's motion to amend was granted (ECF No. 15) and the Court directed service of the Plaintiff's Amended Complaint (ECF No. 10) on the named Defendants. ECF No. 16.

A review of the docket reflects that the waiver and return of service form directed to Russell Amaru was returned unexecuted, marked "Return to Sender, No Longer at WCC." ECF No. 19.

The Court has no alternative address for Russell Amaru and cannot make another attempt to complete service. Because service cannot be effected, personal jurisdiction over Russell Amaru does not exist in this case and the court has no authority over him at this time. However, if Plaintiff provides the Court with a current address for this Defendant, along with properly completed summons and a copy of the complaint, the Court can direct that service be again attempted.

ORDER - 1

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order, the return of service form (ECF No. 19) to the Plaintiff.  Plaintiff is directed to provide the Court with a new address for Russell Amaru **on or before May 27, 2011,** or the Court will recommend dismissal for failure to prosecute as to Mr. Amaru.

**DATED** this  10th  day of May, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2