UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

                Plaintiff,

    v.

DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,

                Defendants.

No. C11-5080 RJB/KLS

ORDER DIRECTING SUBMISSION OF INFORMATION UNDER SEAL

This action is proceeding on Plaintiff's amended complaint. ECF No. 10. Service of the amended complaint was effected on Defendants Hernandez and Waddington (ECF Nos. 18 and 20), however, the waiver and return of service form directed to Defendant Russell Amaru was returned unexecuted, marked "No Longer at WCC." ECF No. 19. Plaintiff was directed to provide the Court with an alternate service address for Russell Amaru. ECF No. 22. On May 20, 2011, Plaintiff filed a motion to modify service of process, requesting that the Attorney General's Office accept service of process on behalf of Defendant Amaru because Washington law prohibits Plaintiff to possess Defendant Amaru's address. ECF No. 24. The Attorney General's Office has filed an answer on behalf of Defendant Amaru. ECF No. (ECF No. 10).

Defendants have filed no response to Plaintiff's motion. Under Rule CR 7(b)(2). Their failure to do so may be considered by the court as an admission that the motion has merit.

If Defendants are in possession of Mr. Amaru's last known business or last known home address, a sensible solution is that Defendants submit such information to the court **under seal** so

ORDER - 1

that the Clerk may attempt to effect service. This solution alleviates two concerns concerning involving prisoner litigation: (1) the security risks inherent in providing prisoners with addresses of people formerly employed by the state; and (2) the reality of prisoners getting the "runaround" when they are attempting to access information through the government. *Sellers v. United States*, 902 F.2d 598, 603 (7th Cir. 1990).

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to modify service process (ECF No. 24) is **GRANTED**.

(2) If Defendants are in possession of the last known business or last known home address of Russell Amaru, they shall submit such addresses to the Court **under seal on or before August 5, 2011.**

**DATED** this  19th  day of July, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2