UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

            Plaintiff,

  v.

DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,

            Defendants.

NO. C11-5080 RJB/KLS

ORDER EXTENDING PRE-TRIAL DEADLINES

Before the Court is Plaintiff's Motion for Order to Extend Discovery. ECF No. 27. Plaintiff seeks a ninety day extension of the discovery deadline. *Id.* Pursuant to the Court's Scheduling Order, the discovery deadline is October 7, 2011, dispositive motions are due by December 9, 2011, and the parties are to submit a joint status report by March 9, 2012. ECF No. 17. Defendants object to a ninety day extension but would agree to a ten day extension to allow for responses to recent interrogatories and requests for production served by Plaintiff that would otherwise be untimely under the current deadline. ECF No. 30. The Court agrees that a shorter extension of time than requested by Plaintiff is warranted but finds that a thirty day extension is more reasonable and that the dispositive motions deadline should likewise be extended.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's Motion for Order to Extend Discovery (ECF No. 27) is **GRANTED**.

ORDER - 1

(2) Discovery shall be completed by **November 7, 2011**. The dispositive motion deadline shall be extended **to January 6, 2012**. The joint status report deadline of March 9, 2012 shall remain unchanged.

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this __3rd__ day of October, 2011.

Karen L. Strombom
United States Magistrate Judge