UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>                Plaintiff,<br><br>  v.<br><br>DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,<br><br>                Defendants. | NO. C11-5080 RJB/KLS<br><br>ORDER EXTENDING PRE-TRIAL DEADLINES |

Before the Court is Defendants' Motion to extend the deadline for the filing of dispositive motions. ECF No. 42. The Court previously set the deadline for the filing of dispositive motions for December 9, 2011 and the filing of a joint status report for March 9, 2012. ECF No. 17. Plaintiff strenuously objects to an extension of the motions deadline. ECF No. 43. He states that Defendants argued very strongly against his requested extensions of the discovery deadline and, therefore, they should not be allowed any extension, of the motions deadline.

However, an extension of the dispositive motions deadline will benefit both parties as they prepare their cases and hopefully, narrow the issues before trial. Accordingly, it is **ORDERED:**

    (1)    Defendants' motion for an extension (ECF No. 42) is **GRANTED.**

    (2)    The dispositive motion deadline shall be extended until **January 20, 2012.** The deadline for the joint status report of March 9, 2012, shall remain unchanged.

ORDER - 1

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

**DATED** this  23rd  day of January, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge