UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,<br><br>　　　　　　　　Defendants. | NO. C11-5080 RJB/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

Before the Court is Plaintiff's Motion for Reconsideration. ECF No. 45. Plaintiff seeks reconsideration of this Court's Order denying his motion to amend. Under Local Rule CR7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence. That standard has not been met in this case.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for reconsideration (ECF No. 45) is **DENIED.**

(2) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendant.

**DATED** this  23rd  day of January, 2012.

　　　　　　　　　　　　　　　　　　/s/ Karen L. Strombom
　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　United States Magistrate Judge