UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT C. SMITH,

    Plaintiff,

v.

DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,

    Defendants.

NO. C11-5080 RJB/KLS

ORDER DENYING MOTION TO STRIKE

Before the Court is Plaintiff's Motion to Strike. ECF No. 53. Plaintiff moves the Court to strike Defendants' Motion for Summary Judgment (ECF No. 49) because it was filed after the dispositive motions deadline had already passed. ECF No. 53. The dispositive motions deadline was on January 2, 2012. ECF No. 46. This deadline had been extended at the request of Defendants. ECF No. 42. Defendants' Motion for Summary Judgment was not filed until February 7, 2012, eighteen days after the dispositive motions deadline had passed. ECF No. 49. However, when they filed their Motion for Summary Judgment, Defendants noted that the motion was being filed beyond the Court's due date because their counsel's office had been closed for three days and out of power in the preceding week due to inclement weather and immediately following a three week trial in Spokane. ECF No. 49, n. 1. This is a reasonable explanation for Defendants' delay.

ORDER - 1

1    In addition, Plaintiff requested and was granted, an extension of time to respond to
2  Defendants' motion for summary judgment. ECF No. 64.

    Accordingly, it is **ORDERED:**

    (1) Plaintiff's Motion to Strike (ECF No. 53) is **DENIED.**

    (2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

    **DATED** this  13th  day of April, 2012.

                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER - 2