# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SCOTT C. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DOUG WADDINGTON, RUSSELL AMARU, and ERIC HERNANDEZ,<br><br>Defendants. | CASE NO. C11-5080 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DENYING MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 83. The Magistrate Judge recommends that Plaintiff's motion for preliminary injunctive relief be denied. Plaintiff has not filed an objection to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Preliminary Injunction (Dkt. 71) is **DENIED.**

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING MOTION FOR
PRELIMINARY INJUNCTION- 1

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

Dated this 18th day of June, 2012.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION DENYING MOTION FOR
PRELIMINARY INJUNCTION- 2